UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>FRED JAMES ENGLISH,<br><br>   Defendant. | Case No. 10-cv-40003-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Defendant Fred James English's Motion for Copies (Doc. 43). Specifically, English seeks a copy of the transcripts for his change of plea hearing and sentencing hearing, presumably in anticipation of his filing a habeas petition.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413-14 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show the following: (1) that he has exhausted all other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and; (3) that the documents requested are necessary for the preparation of some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense.

Here, apart from passing mention of a general lack of funds, English makes no argument and offers no evidence to show that any of these requirements are met; as such, the Court **DENIES** the instant motion (Doc. 43) **without prejudice**. Nevertheless, the Court assures English that, if he files a non-frivolous habeas petition, the Government will be ordered to attach all relevant portions of the record in its response.

**IT IS SO ORDERED**
**DATED: December 2, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**